STATE of Missouri, Respondent,

v.

William Robert WARD, Appellant.

No. WD 40018.

Missouri Court of Appeals,
Western District.

Aug. 23, 1988.

Robert A. Simons, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jared Richard Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).